NO. 07-02-0221-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 11, 2002

______________________________

JOE HALL AND ACCESS RESOURCES, INC., APPELLANTS

V.

FREDDIE STREIT, APPELLEE

_________________________________

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NO. 22451; HONORABLE TOM NEELY, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

ON UNOPPOSED MOTION TO DISMISS

Appellants Joe Hall and Access Resources, Inc. filed separate accelerated notices of appeal challenging the trial court’s order denying their motion for summary judgment.  On July 3, 2002, appellants filed an unopposed motion to dismiss the appeal representing that the parties have reached a full and complete settlement of all disputed issues and that they do not wish to prosecute this appeal.  We grant the motion and dismiss the appeal.

Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  Having dismissed the appeal pursuant to the parties’ request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

    Justice

Do not publish.),å,å,å,å,å,å0(úé9àèâZÖåñ6TimesßNewßRomanßRegularåÅXÅåÆ(êåê$õåNO

:-sæâ,cù

ÉáøAZØàññArialßãüÆÅÜåEúÅÅùåDßåØ!åÅ"åU#å{æ$åE%ÅD

CV,:-öÉBackupà3|xåÅ%æÅÅUö

õåDATEõåAPPõåAPE
 NO. 07-02-0272-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

SEPTEMBER__, 2002 

______________________________

BOBBY J. CATE,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 364
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-436,240; HON. BRADLEY UNDERWOOD, PRESIDING

_______________________________

Before QUINN, REAVIS and BOYD

Appellant, Bobby J. Cate, appealed from his conviction for aggravated sexual assault.  We dismiss the proceeding for lack of jurisdiction.

Sentence was imposed on March 21, 2002.  Appellant then filed a motion for new trial on April 19, 2002.  To be timely, a notice of appeal must be filed within 30 days after the sentence is imposed or suspended in open court or within 90 days after the sentence is so imposed if a motion for new trial is filed.  
Tex. R. App. P
.  26.2(a).   Thus, appellant’s notice of appeal was due to be filed here on June 19, 2002 but was not filed until July 19, 2002.   Furthermore, a timely motion to extend the June 19th deadline did not accompany or precede the notice.  

Since a timely filed notice of appeal is essential to invoke our appellate jurisdiction, 
Olivo v. State
, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996), and there was none here, we can take no action other than to dismiss the proceeding.  
Id
. at 523. Accordingly, the appeal is dismissed for want of jurisdiction.  

 

                                                Per Curiam 

Do not publish. âåHàæÆåßÑ Since a timely filed notice of appeal is essential to invoke our appellate jurisdiction, 
Olivo v. State
, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996), and there was none here, we can take no action other than to dismiss the proceeding.  
Id
. at 523.  Accordingly, the appeal is dismissed for want of jurisdiction.  

 

Per Curiam 

Do not publish. WPC#ãåãÅÅÅäøÅRe[sra*dGcbO\

=0&

i'kqå5hæWpq=X`

9

ñø

7xRöçiE

O

!5

t>V.4h}ëq?zOqùö1 ­oBõ

I0J[ÉÉ wçÖV.+N@ë

zsê,

 \a

älP4W5

åi%áõf

!êã

de$"

ènGÆ.re>Ñë

Ãn­rÜ1

A . ã

Æy

[äX!HtÑ

V_jÖØW6X7 >

LÕ!j.UN

V"OKY |t%ÖaFf-bmBz |9ëwØR]æ

AÉ­öÄHwÄK

8K}vtkV_ÅÉ#ß

4cjøaBDMC-lt&uyÑ

Ä+  stÇç_

BdwPç

vå

0

>è%&eP=ée$a

åg

á;uÅ-à#å

åvÆUÆN7Äâ%åÄÄÃ0æ:ÄâÅãÄà^åç ÄUå,ÄàwåÆááà4åñÃáàÅåéùáàÉåÅ.áâmåØ0áâÅëGáâÅçUáâÅçaáàNåÅmáÅàååoáÃ0Å~ãâÃ0ÅDâUå:

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

â

ââBåÜÄã\\dc227\HPßLaserJetß4100ßPCLß6ßQ4

0(úé9àèâZÖåñ6TimesßNewßRomanßRegularåÅXÅåÆ(êåê$õåNOæ:-sæâ,cù

ÉáøAZØàññArialßVà-:-öÉBackupà3|xåÅæÅÅUö

õåDATEõåAPPõåAPEåãå
*John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2002). 
åÆ(.(å3($ 
1åÆ(æÕåí%$
1,cù

ÉáøAZØàñ"ArialßRegularÕÆåèÉåÃÉÉd
 NO. 07-02-0272-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

SEPTEMBER 26, 2002 

______________________________

BOBBY J. CATE,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 364
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-436,240; HON. BRADLEY UNDERWOOD, PRESIDING

_______________________________

Before QUINN and REAVIS, JJ. and BOYD, SJ.
(footnote: -6)
 Appellant, Bobby J. Cate, appealed from his conviction for aggravated sexual assault.  We dismiss the proceeding for lack of jurisdiction.

Sentence was imposed on March 21, 2002.  Appellant then filed a motion for new trial on April 19, 2002.  To be timely, a notice of appeal must be filed within 30 day

FOOTNOTES
-6: